**FILED**

JAN 0 3 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, | 11cv10 |
| Plaintiff, | Judge George W. Lindberg |
| | Magistrate Susan E. Cox |
| v. ) | |
| ) | |
| DOES 1-55 d/b/a the aliases identified on ) | |
| Schedule "A" and DOES 56-500, ) | |
| ) | FILED UNDER SEAL |
| Defendants. ) | |

## VERIFIED COMPLAINT

Plaintiff Deckers Outdoor Corporation, ("Deckers") hereby brings the present action against Defendants, Does 1-55 d/b/a the aliases identified on Schedule "A" and Does 56-500 (collectively "Defendants"), and alleges as follows:

### I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction to this claim pursuant 28 U.S.C. §§ 1331, 1338 and 1367.

2. Venue is proper in this Court pursuant 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendants since all Defendants directly target business activities towards consumers in Illinois and cause harm to Deckers' business within this Judicial District through at least the fully interactive Internet websites operating under the domain names identified in Schedule A attached hereto ("Defendant Domain Names").

### II. INTRODUCTION

3. This action has been filed by Deckers to combat the unlawful use of the

Defendant Domain Names which trade upon Deckers' reputation and goodwill in order to sell and/or offer for sale unlicensed and counterfeit product featuring Deckers' trademarks. Through such actions, Deckers is irreparably damaged through consumer confusion and dilution and tarnishment of its valuable trademarks and is seeking injunctive and monetary relief.

## III. THE PARTIES

**The Plaintiff**

4. Deckers has become well known throughout the United States and elsewhere as a source of high quality footwear products, including the UGG® brand of premium sheepskin footwear. Deckers' UGG products are distributed and sold to consumers through retailers throughout the United States, the uggaustralia.com website and UGG Concept Stores including a Concept Store located at 909 North Rush Street in Chicago, Illinois.

5. Since acquiring the UGG trademark and the goodwill of the business in 1995, Deckers has continuously sold footwear and clothing under the UGG brand. Deckers has built substantial goodwill in the UGG brand. The UGG brand is famous and a valuable asset of Deckers.

6. Deckers has adopted and uses, as well as owns, multiple UGG® trademarks for footwear. Deckers holds registrations for the trademark UGG (and stylized variations) in more than 100 countries around the world including U.S. Trademark Registration No. 3,050,925 ("the UGG Trademark"). The UGG Trademark has been used continuously since as early as 1979 by Deckers and its predecessors in interest. A true and correct copy of the details of this registration is attached hereto as Exhibit 1. The registration is valid and subsisting.

7. The UGG Trademark is distinctive when applied to the high quality apparel, footwear and related merchandise signifying to the purchaser that the products come from

Deckers and are manufactured to the highest quality standard. Whether Deckers manufactures the products itself, or licenses others to do it, Deckers has insured that products bearing its trademarks are manufactured to such standard. Deckers' products have been widely accepted by the public and are enormously popular, as demonstrated by millions of dollars in sales each year.

**The Defendants**

8. Defendants are unknown individuals and business entities who, upon information and belief, likely reside in the People's Republic of China or other foreign jurisdictions with lax trademark enforcement systems. Defendants conduct business throughout the United States, including within this Judicial District, through the operation of the fully interactive commercial websites operating under the Defendant Domain Names identified in Schedule A attached hereto. Defendants have offered to sell their products to consumers within the state of Illinois.

9. Defendants are directly and personally contributing to, inducing and engaging in the sale of counterfeit products as alleged herein, often times as partners, coconspirators and/or suppliers. Deckers is presently unaware of the true names of Does 1-55, although such Defendants use at least the aliases identified on Schedule A and the Defendant Domain Names to conduct their businesses.

10. Defendants have registered their domain names through different registrars and, upon information and belief, Defendants have provided information to the registrars when registering the domain names. Deckers will amend this Complaint upon discovery of the identities of such fictitious Defendants.

## IV. <u>DEFENDANTS' UNLAWFUL CONDUCT</u>

11. Upon information and belief, Defendants engage in the offering for sale and sale of counterfeit and infringing UGG branded products bearing the UGG Trademark within this

Judicial District through multiple fully interactive commercial websites operating under at least the Defendant Domain Names. Defendants, upon information and belief, also operate additional websites which promote and offer for sale counterfeit and infringing goods under domain names not yet known to Deckers. Defendants have purposefully directed their illegal activities towards consumers in the State of Illinois through the advertisement, offer to sell, and sale of counterfeit UGG branded goods into the State.

12. Upon information and belief, Defendants will continue to register new domain names for the purpose of selling counterfeit UGG products unless preliminarily and permanently enjoined.

13. Defendants, without any authorization or license from Deckers, have knowingly and willfully used, and continue to use Deckers' trademarks in connection with the advertisement, offer for sale, and sale of counterfeit UGG branded products over the Internet.

14. Defendants facilitate sales by designing their websites so that they appear to unknowing consumers to be authorized online retailers selling genuine UGG branded products. The websites are sophisticated-looking, written in English, and accept U.S. dollars.

15. Many of the Defendant Domain Names incorporate Deckers' UGG Trademark and many include Deckers' copyright-protected images and product descriptions, making it very difficult for a consumer to distinguish such sites from an authorized retailer.

16. The websites accept payment via credit card and/or PayPal and ship the counterfeit products in small quantities to minimize detection by U.S. Customs and Border Protection via the U.S. postal service.

17. Defendants further perpetuate the illusion of legitimacy by offering "live 24/7" customer service and using indicia of authenticity and security that consumers have come to

4

associate with authorized retailers, including the McAfee® Security, VeriSign®, Visa®, MasterCard® and PayPal® logos.

18. Defendants' use of the UGG Trademark in connection with the advertising, distribution, offering for sale and sale of counterfeit UGG products is likely to cause and has caused confusion, mistake and deception by and among consumers and is irrevocably harming Deckers.

## COUNT I

## TRADEMARK INFRINGEMENT AND COUNTERFEITING
## (15 U.S.C. § 1114)

19. Deckers hereby repeats and re-alleges the allegations set forth in paragraphs 1 through 18, as if set forth fully herein.

20. This is a trademark infringement action against Defendants based on their use in commerce of counterfeit imitations of the registered UGG Trademark, in connection with the sale, offer for sale, distribution, and/or advertising of goods.

21. The UGG Trademark is a highly distinctive mark that has become associated with the Deckers' brand of UGG products. Consumers have come to expect the highest quality from Deckers' products showcasing the UGG Trademark.

22. Defendants are selling, offering to sell, distributing, and advertising counterfeit boots bearing the UGG Trademark without Deckers' consent. Upon information and belief Defendants have knowledge of Deckers' rights in the UGG Trademark. Defendants' use is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of the counterfeit goods among the general public.

23. Defendants' illegal actions constitute infringement and counterfeiting under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

24. Deckers has no adequate remedy at law, and if Defendants' actions are not enjoined, Deckers will continue to suffer irreparable harm to its reputation and the goodwill of its brand.

25. The injuries and damages sustained by Deckers have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offering to sell, and sale counterfeit UGG products.

## COUNT II

### FALSE DESIGNATIONS OF ORIGIN
### (15 U.S.C. § 1125(a))

26. Deckers hereby repeats and re-alleges the allegations set forth in paragraphs 1 through 25, as if set forth fully herein.

27. Defendants' counterfeit products are the same nature and type, and are virtually identical to Deckers' UGG products, but Defendants' counterfeit products are not of the same quality as Deckers' UGG products. This creates a likelihood of confusion, mistake, and deception to the general public as to the affiliation or sponsorship of Defendants' counterfeit products with Deckers' genuine UGG products.

28. By using Deckers' UGG Trademark on the counterfeit products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the counterfeit products.

29. Defendants' false designation of origin and misrepresentation of sponsorship of the counterfeit products to the general public is a violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

6

30. Deckers has no adequate remedy at law, and if Defendants' actions are not enjoined, Deckers will continue to suffer irreparable harm to reputation and the goodwill of its brand.

## COUNT III

### CLAIM FOR INJUNCTIVE RELIEF UNDER THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT
### (15 U.S.C. § 1125(d))

31. Deckers hereby repeats and re-alleges the allegations set forth in paragraphs 1 through 30, as if set forth fully herein.

32. Deckers owns the exclusive rights to the UGG Trademark listed on Exhibit 1. The UGG Trademark registration is in full force and effect. Additionally, the UGG Trademark qualifies as famous mark pursuant to 15 U.S.C. § 1125 and was famous before and at the time of registration of the Defendant Domain Names.

33. Upon information and belief, Defendants have acted with the bad faith intent to profit from the UGG Trademark and the goodwill associated with the UGG Trademark by registering various domain names which are identical or confusingly similar to or dilutive of the UGG Trademark.

34. 53. Defendants have no intellectual property rights in or to the UGG Trademark.

35. 54. Defendants' actions constitute cyberpiracy in violation of §43(d) of the Lanham Act, 15 U.S.C. §1125(d).

36. Deckers has no adequate remedy at law, and the registration and use of the Defendant Domain Names is causing, and is likely to cause, substantial and irreparable injury to the public and to Deckers.

7

## COUNT IV

## ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT
## (815 ILCS § 510, *et seq.*)

37. Deckers hereby repeats and re-alleges the allegations set forth in paragraphs 1 through 36, as if set forth fully herein.

38. Defendants have engaged in acts violating Illinois law, including but not limited to passing off their products as those of Deckers, causing a likelihood of confusion and/or misunderstanding as to the source of their own services, causing a likelihood of confusion and/or misunderstanding as to affiliation, connection, or association with Deckers' products, representing that their products have Deckers' approval that they do not, and engaging in other conduct which creates a likelihood of confusion or misunderstanding.

39. The foregoing Defendants' acts constitute a violation of the Illinois Uniform Deceptive trade Practices Act, 815 Ill. Comp. Stat. 510 *et seq.*

40. Deckers has no adequate remedy at law, and Defendants' conduct has caused Deckers to suffer damage to its reputation, and goodwill. Unless enjoined by the Court, Deckers will suffer future irreparable harm because of Defendants' activities.

## PRAYER FOR RELIEF

WHEREFORE, Deckers prays for judgment against Defendants as follows:

1) that Defendants, their officers, agents, servants, employees, attorneys, confederates, and all person acting for, with, by, through, under or in active concert with them be temporarily, preliminarily and permanently enjoined and restrained:

   a. from using Deckers' UGG Trademark in any manner in connection with the advertising, offering for sale, or sale of any product not Deckers' or not authorized by Deckers to be sold in connection with Deckers' UGG Trademark;

8

b. from passing off, inducing, or enabling others to sell or pass off any product as and for products produced by Deckers, which are not Deckers' or not produced under the control and supervision of Deckers and approved by Deckers for sale under Deckers' UGG Trademark;

c. from committing any acts calculated to cause purchasers to believe that Defendants' products are those sold under the control and supervision of Deckers, or sponsored or approved by, or connected with or guaranteed by, or produced under the control and supervision of Deckers;

d. from further infringing Deckers' UGG Trademark and damaging Deckers' goodwill;

e. from otherwise competing unfairly with Deckers in any manner;

f. from shipping, delivering, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Deckers, nor authorized by Deckers to be sold or offered for sale, and which bear any Deckers' UGG Trademark; or

g. from using, linking to, transferring, selling, exercising control over, or otherwise owing the Defendant Domain Names or any other domain name that incorporates, in whole or in part, Deckers' UGG Trademark.

2) That Defendants, within thirty (30) days after service of judgment with notice of entry thereof upon it, be required to file with the Court and serve upon Deckers a written report under oath setting forth in detail the manner in which Defendants have complied with paragraph 1, a through g, *supra.*

3) Entry of an Order, that upon Deckers' request, the registry for the Defendant Domain

9

Names, namely VeriSign, Inc., cancel or, at Deckers' election, transfer the Defendant Domain Names and any other domain names used by Defendants to engage in their counterfeiting of the UGG Trademark to Deckers' control so they may no longer be used for illegal purposes.

4) Entry of an Order that, upon Deckers' request, those in privity with Defendants, and those with notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars and domain-name registries that are provided with notice of the injunction, cease facilitating access to any or all websites through which Defendants engage in the sale of counterfeit and infringing goods using the UGG Trademark.

5) That Defendants account for and pay over to Deckers profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and, that the amount of damages for infringement of Deckers' registered trademark be increased by a sum not exceeding three times the amount thereof as provided by law.

6) In the alternative, that Deckers be awarded statutory damages pursuant to 15 U.S.C. § 1117(c)(2) of $2,000,000 for each and every use of Deckers' UGG Trademark and $100,000 per domain name pursuant to 15 U.S.C. § 1117(d).

7) That Deckers be awarded reasonable attorneys fees.

8) Award any and all other relief that this Court deems proper.

Dated this 3rd day of January 2010.

Respectfully submitted,

/s/ Justin R. Gaudio
Justin R. Gaudio
Kevin W. Guynn
Jeana R. Lervick
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
jgaudio@gbclaw.net
kguynn@gbclaw.net
jlervick@gbclaw.net

11

## VERIFICATION

I, Leah Evert Burks, verify under penalty of perjury and pursuant to 28 U.S.C. §1746(2) that I am Director of Brand Protection at Deckers Outdoor Corporation, the plaintiff in the above matter, that I have reviewed the allegations made in this Verified Complaint and that they are true and accurate to the best of my knowledge and belief.

Executed on this 3rd day of January, 2011.

Schedule "A"

| No. | Website | Registrant Name | Registrant Email Address | Registrant Address | Alternate Email Address(s) |
|---|---|---|---|---|---|
| 1 | bestbootsnet.com | Allen | 39365974@qq.com | Hubing, Xiamenshi, Fujiansheng, CN 333333 | |
| 2 | bhshoe.com | Yuan Hu | cheapestugg@yahoo.com | No. 194, fenghuangtai, zhecheng road, wuhan, 430400, Hubei, China | greatwon668@yahoo.com |
| 3 | bootsaleugg.com | Guo Delu | gdl@pzhl.net | 111 Main St., Hometown, WA 98003 US | uggsbootdiscount@hotmail.com |
| 4 | brandproductsonsale.com | Li Zhen | nikepick@126.com | Beijing, CN 100008 | |
| 5 | cheapestugg.com | Li Zhen | nikepick@126.com | Beijing, Beijing 100008 CN | |
| 6 | china-kenbo.com | Li Li | pickuggboots@yahoo.com | jiefang road, jiefang building, zhengzhou 518000 guagndong china | greatwon668@yahoo.com |
| 7 | classicuggboots.com | Chen Hua | nikepick@126.com | Beijing, CN 100008 | shopugg@gmail.com |
| 8 | crazeugg.com | Allen | 39365974@qq.com | Hubing, Xiamenshi, Fujiansheng 333333 CN | |
| 9 | designsstar.com | Qingfei Lin | yzyzyyz@hotmail.com | Xiushuihuating B Area 3# 502#, PT Fujian CN 351100 | uggsuede@hotmail.com |
| 10 | discountuggbootstribe.com | Linjinzhi | ptsina168@163.com | Putian, Fujian, CN 351100 | westlifeno1@gmail.com, westlifeno1@hotmail.com |
| 11 | ecbrandtrade.com | Lian Keji Gongsi | 177979785@qq.com | Tian Shan Lu, Dali, Yunnan CN 200091 | bootsaleugg@gmail.com |
| 12 | elivebuy.com | Lin Zhi Yuan | 601412935@qq.com | Putian Chengxiangqu, Putian, Fujian CN 351100 | |
| 13 | fashion4biz.com | Llj | guominlin@esouit.com | Lianhua, Xiamen, Fujian, cn 361004 | nikefish2008@hotmail.com |
| 14 | flynike.com | Baobao Co | yangfeng-120@163.com | Pudong, Shixiaqu, Shanghaishi, China, 200000 | |

| # | Domain | Name | Email1 | Address | Email2 |
|---|---|---|---|---|---|
| 15 | forbestsave.com | Zhanglonghui | 378631352@qq.com | vichycn fujian putianshi Beijing 351100 CN | |
| 16 | forugg.com | Gao Jinhu | meiemi7892007@126.com | Guangzhou, Guangdong 510000 CN | designsstar@hotmail.com, hengjiatradelimite@hotmail.com |
| 17 | girlsugg.com | Chen Wq | edisonmiss@163.com | Putian, Fujian, 351100 CN; | ecbrandtrade@gmail.com, ecbradntrade@hotmail.com |
| 18 | goodbyeholland.org | Xu Zhiming | zminring@gmail.com | Fujianputianchengxianqujiaxinshangyecheng25hao, Putianshi, Fujiansheng, China 351100 | westlifeno1@gmail.com, westlifeno1@hotmail.com |
| 19 | goodugg.com | Zhang Yanhua | lesa800@gmail.com | Shenzhen, Shenzhen 518000 GD CN | pertestm@gmail.com, fashion4bizz@hotmail.com |
| 20 | icxshop.com | Eva Fly | xzz19832003@163.com | Putian, Fujian, China 351100 | |
| 21 | kicksquality.com | Guozhoukai | gzk5918@163.com | Fujian province, Putian City, Putian 351100 FJ CN | |
| 22 | likeugg.com | Chen Yong | servicea@zj.com | Putian, Beijing, CN 351107 | ServiceForShopping@Hotmail.com |
| 23 | myaustraliaboots.net | Suhe Yao | root@girlsugg.com | Haidian Xueyuan Road, New York, NY 10041 US | |
| 24 | needaugg.com | yuannian yuannian | longdream2010@gmail.com | beijinghaidianquhaidiannanlu, haidianqu, beijing 120000 china | |
| 25 | okatoo.com | Linjianqing | ptsina168@163.com | Putian, Fujian, CN 351100 | westlifeno1@gmail.com, westlifeno1@hotmail.com |
| 26 | onesneaker.com | Zhang Goulong | kkadai@qq.com | Fuzhong, Putian, 351199, CN | SPORTSHOE@hotmail.com |
| 27 | oneworldoneugg.com | zhang huang hunag shou | salegoods2008@hotmail.com | beijing, beijing 100 | myaustraliaboots.net@gmail.com |
| 28 | pickuggboots.com | Lily Wu | wuchunli407@gmail.com | 755# Longjin Dong Lu, Liwan Qu Guangzhou, Guangzhou, GD CN 500300 | needaugg@gmail.com |

| # | Domain | Name | Email | Address | Email 2 |
|---|---|---|---|---|---|
| 29 | saleuggsboots.com | Lindeyang | web@163ns.com | 12floor8buildingxiushuihuating, Putian, Fujian CN 351100 | lin123966@msn.com |
| 30 | shoppingwe.com | Lin Jinguo | kkadai@qq.com | Beijin, Shixiaqu, Beijingshi, China 352216 | westlifeno1@gmail.com, westlifeno1@hotmail.com |
| 31 | shopugg.com | Tangjohan | 515917391@qq.com | FujianputianshimeiyuanlusanxinhomewulouA07, Putian, FuJian, Putian 351100 | oneworldoneugg@hotmail.com |
| 32 | snowugg.net | fa ke | fakegouwu@gmail.com | chengxiangqu putian, fujian 351100 Cn | |
| 33 | sportsugg.com | Chen Yong | service@zj.com | Fujianputian, Beijing, CN 351107 | ServiceForShopping@Hotmail.com |
| 34 | stefsclothes.com | GHD Supplier | 553008667@qq.com | chengxian Star dongcheng, Putian, Fujian CN 351100 | |
| 35 | topbootsbox.com | Simon Chen | sportsugg@hotmail.com | No. 1 5xiang RongLi RongGui ShunDe, FoShan, Canton 528303 CN | |
| 36 | topsaleboots.com | Lin Jinsen | xuxu0051@gmail.com | Putianshi, Fujian, China 369988 | westlifeno1@gmail.com, westlifeno1@hotmail.com |
| 37 | uggadirondackboot.com | xinghe tang | 9767136009@qq.com | mei yuan lu mei yuan ya ju 702, putian, fujian, CN 351100 | superuggsale@gmail.com |
| 38 | uggbestsell.com | Private | uggbestsell.com@protectedomainservices.com | 125 Rampart Way, Suite 300 Denver CO 80230 US | |
| 39 | u-ggboots.com | Lin Feng | lin.feng5114@gmail.com | Room 2006 Building 5 Unit 3 Xihe District Ruian 325200 CN | u-ggboots@hotmail.com |
| 40 | uggbootsclassictall.com | uggboots classictall | super-098@163.com | Beijing, Beijing, CN 100000 | uggbootsclassictall@live.cn |
| 41 | uggbootsforkids.com | Jianlong Wen | root@uggbootsforkids.com | Tech Development Area, Haidian District, Beijing, 100084 China | |
| 42 | uggbootsforuk.com | Duboislee | duboislee@tom.com | 130 Court St. Ste. 8 Ville Platte, LA 70586 USA | sales@uggbootsforuk.com |

| # | Domain | Name | Email | Address | Email 2 |
|---|---|---|---|---|---|
| 43 | uggbootssalestore.net | Wangmin | wangmin4522ok@163.com | Hubei, Wuhanshi, Hubeisheng China 430000 | sales.uggfactorystore@gmail.com |
| 44 | uggbootsshoponline.com | Su Wei | 553008667@qq.com | Chengxian Star, Dongcheng, Putian, Fujian CN 351100 | uggonsalestore@gmail.com |
| 45 | uggclearance.com | zhangliangzhen | 7701863@qq.com | vichyen fujian putianshi Beijing 351100 CN | |
| 46 | uggfactorystore.com | Maria Torres | uggshoppingonline@gmail.com | 215 Avenida La Paz, Cathedral City, NULL US 922276 | sales@uggshoppingonline.com |
| 47 | ugginstock.com | Lin Zong Jin | homywinter@hotmail.com | Siminggu Hualin Ziweihuayuan 796hao 403shi, Xiamenshi, Fujiansheng, China 361000 | |
| 48 | uggonsale-store.com | Juan Chen | zgl0024@sina.com | Harvard university Boston, Massachusetts 02101 United States | lianzongjian@yahoo.com |
| 49 | uggsaleshop.com | Sandy C | ptcsn@163.com | Putian, Putian, Fujian CN 351100 | linkuggstreet@hotmail.com |
| 50 | uggshoppingonline.com | Janice | janiceannbarnes@hotmail.com | 323 east riverside drive, 356 E. James Street 254692 WG US | sales@uggwide.com |
| 51 | uggsnow-boots.com | RuiRun Lin | call4shoes@hotmail.com | Huating, ChenXiang District, Putian FJ 351100 CN | |
| 52 | uggstorecheap.com | gaochao | 327949726@qq.com | shenzhenlonghua shenshi guangdongsheng 518000 CN | |
| 53 | uggstreet.com | Private | btbfklk@whoisprivacyprotect.com | Private | |
| 54 | uggwide.com | shen shumei | uiwou@yahoo.com | xi an xianshi shanxi3sheng 35056 CN | |
| 55 | ukugg.com | Kevin Lee | gugebusiness@gmail.com | qingdao shandong 262000 China | |

# Exhibit 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,050,925
Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# UGG

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

FOR: MEN'S, WOMEN'S AND CHILDREN'S FOOTWEAR, NAMELY, BOOTS, SHOES, CLOGS, SLIPPERS; MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, COATS, JACKETS, PONCHOS; WOMEN'S CLOTHING, NAMELY, SKIRTS, MUFFS; CHILDREN'S BUNTINGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-28-1979; IN COMMERCE 12-28-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-976,129, FILED 1-21-2005.

BARBARA A. LOUGHRAN, EXAMINING ATTORNEY